U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV 3 0 2015
CLERK, U.S. DISTRICT COURT
By _____ Deputy

ORIGINAL

REDACTED

Plaintiff: United States

v.

Defendant: LaTonya Malvern

Federal Inmate # 48309-1777
Civil Action No.
3:14cr241(P)-1

SSN - REDACTED

## MOTION FOR THE APPOINTMENT OF COUNSEL

I request that the Court appoint an attorney to represent me in the matter cited above. In support of this motion I have attached the following:

1. An affidavit relating to my ability to pay costs and fees.
2. Other material, if any.

> As I am currently incarcerated with no Income I plead with the court to appoint me counsel on my case on a indigent Basis.

I have made the following efforts to obtain counsel from legal aid or legal services organizations or individual attorneys without payment of a fee or on a contingent fee basis, and have been unabe to obtain the services of counsel:

> I have written, emailed and contacted several Attorneys in attempt to obtain counsel. My family has also contacted several on my behalf as I am currently incarcerated, but have had no such luck in obtaining legal Relief for my case. I have no current income and my immediate family are Low income and unable to secure service financially. We've reached out Paralegal Services, Public Defenders and legal organizations without success

Date: 11-24-15
Signature: LaTonya C. Malvern
Print Name: Latonya C. Malvern
Address: Federal Medical Center, Carswell
City, State, Zip: PO Box 27137 Fort Worth, TX 76127
Telephone: 817-980-8949 or 817-680-6284



NORTH TEXAS TX P&DC
DALLAS TX 750
25 NOV 2015 PM 1 L

RECEIVED
NOV 30 2015
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

⇨48309-177⇨
Judge Jorg Solis
1100 Commerce ST
Room 1654 Courtroom 1632
Dallas, TX 75242
United States

Name LaTonya Malvern
Reg. No. 48309-177
Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth, TX 76127